COLLIN D. COOK, SBN 251606

E-mail  ccook@fisherphillips.com

CHRISTOPHER M. AHEARN, SBN 239089

E-mail  cahearn@fisherphillips.com

FISHER & PHILLIPS LLP

2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152


Attorneys for Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.


ROMAN OTKUPMAN, SBN 249423

E-mail  roman@olfla.com

MEGHAN MAERTZ, SBN 276976

E-mail  meghan@olfla.com

OTKUPMAN LAW FIRM, A LAW CORPORATION

28632 Roadside Dr., Suite 203
Agoura Hills, California 91301
Telephone: (818) 293-5623
Facsimile: (818) 850-1310


Attorneys for Plaintiff HERTA GUADALUPE KUHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JT. STIP.; [PROP] ORDER – CASE NO. 2:18-CV-02340-JAM-AC

FPDOCS 35150834.1

| | |
|---|---|
| HERTA GUADALUPE KUHN, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br><br><br>Plaintiff,<br><br><br>v.<br><br><br><br>PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC., a Delaware Corporation, PRIME FLIGHT AVIATION SERVICES, INC., a Ohio Corporation and DOES 1 through 10, inclusive,<br><br><br>Defendants. | Case No: 2:18-cv-02340-JAM-AC<br><br><br><br>**JOINT STIPULATION TO CONTINUE REPORT DEADLINE; ORDER** |

JT. STIP.; [PROP] ORDER – CASE NO. 2:18-CV-02340-JAM-AC

This joint stipulation to continue submission of the Joint Status Report currently due no later than March 15, 2019,  pursuant to the Court's December 10, 2018 "Order regarding Amended Answer and Joint Status Report" (ECF. No 11), (the "Stipulation") is entered into between Plaintiff HERTA GUADALUPE KUHN ("Plaintiff") and Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC. ("Defendant"), (hereinafter, collectively, the "Parties") through their respective counsel, with reference to the following facts:

WHEREAS, the Parties attended mediation with Mr. Alan Berkowitz on February 26, 2019 in San Francisco, California;

WHEREAS, the Parties did not reach a settlement at the mediation, but have continued to exchange settlement proposals since that time, and are continuing to communicate in earnest in an effort to resolve the case;

WHEREAS, the Parties seek a short continuance to submit a Joint Status Report, currently due no later than March 15, 2019, so the Parties may continue to communicate regarding settlement. The Parties agree that a continuance to submit a Joint Status Report to a date on or after March 29, 2019, will provide the Parties with sufficient time to further negotiate settlement.

///

///

///

///

///

///

///

///

///

///

///

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

The Joint Status Report, currently due no later than March 15, 2019, shall be continued to a date now due on or after March 29, 2019, as per the Court's availability.

1

JT. STAT. REPT. & STIP.; [PROP] ORDER – CASE NO. 2:18-CV-02340-JAM-AC

Respectfully submitted,

Dated:  March 15, 2019

FISHER & PHILLIPS LLP

By:  /s/ Christopher M. Ahearn

COLLIN D. COOK

CHRISTOPHER M. AHEARN

Attorneys For Defendant

PRIMEFLIGHT AVIATION SERVICES, INC.
WHICH WILL DO BUSINESS IN CALIFORNIA
AS PRIMEFLIGHT OF DE, INC.

Dated:  March 15, 2019

Respectfully submitted,

OTKUPMAN LAW FIRM, A LAW
CORPORATION

By:  /s/ Roman Otkupman (as authorized on
March 15, 2019

ROMAN OTKUPMAN

MEGHAN MAERTZ

Attorneys For Plaintiff

HERTA GUADALUPE KUHN

2

FPDOCS 35150834.1

**ORDER**

Good cause appearing, the Court orders that:  the Parties shall file a joint status report not later than March 29, 2019.  Such status report shall specifically address all items, including a schedule and plan for discovery and anticipated motions, and any other matters deferred by the parties in their previously-submitted joint status report.

IT IS SO ORDERED.


Date:    3/15/2019                                    /s/ John A. Mendez_____

                                                     United States District Court Judge

1

JT. STAT. REPT. & STIP.; [PROP] ORDER – CASE NO. 2:18-CV-02340-JAM-AC

FPDOCS 35150834.1