COLLIN D. COOK, SBN 251606
E-mail ccook@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
E-mail cahearn@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.

ROMAN OTKUPMAN, SBN 249423
E-mail roman@olfla.com
MEGHAN MAERTZ, SBN 276976
E-mail meghan@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Dr., Suite 203
Agoura Hills, California 91301
Telephone: (818) 293-5623
Facsimile: (818) 850-1310

Attorneys for Plaintiff HERTA GUADALUPE KUHN

**FILED**

APR 0 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA GUADALUPE KUHN, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC., a Delaware Corporation, PRIME FLIGHT AVIATION SERVICES, INC., a Ohio Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:18-cv-02340-JAM-AC<br><br>**JOINT REPORT REGARDING SETTLEMENT AND STIPULATION TO CONTINUE REPORT DEADLINE; PROPOSED ORDER**<br><br>[Originally California Superior Court (Sacramento) Case No. 34-2018-00235596] |

---

JOINT REPORT REGARDOMG SETT;E,EMT AND STIPULATION TO CONTINUE REPORT DEADLINE
– CASE NO. 2:18-CV-02340-JAM-AC
FPDOCS 35209555.1

| | |
|---|---|
| 1 | Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO |
| 2 | BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC. (hereinafter, "PrimeFlight – |
| 3 | DE") and Plaintiff HERTA GUADALUPE KUHN (hereinafter, "Plaintiff") (hereinafter, |
| 4 | collectively, the "Parties") hereby stipulate as follows. |

WHEREAS, the Parties have reached a settlement, Plaintiff will file a motion for preliminary approval once the settlement has been formalized in long-form agreement. As such, the parties request a further report deadline by no later than April 29, 2019.

NOW THEREFORE, it is so stipulated, as set forth above.

Dated: March 29, 2019

Respectfully submitted,

FISHER & PHILLIPS LLP

By: /s/ Christopher M. Ahearn
COLLIN D. COOK
CHRISTOPHER M. AHEARN
Attorneys For Defendant
PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.

Dated: March 29, 2019

Respectfully submitted,

OTKUPMAN LAW FIRM, A LAW CORPORATION

By: /s/ Roman Otkupman
(as authorized on March 29, 2019)
ROMAN OTKUPMAN
MEGHAN MAERTZ
Attorneys for Plaintiff
HERTA GUADALUPE KUHN

---

1

JOINT REPORT FROM MEDIATION AND STIPULATION TO CONTINUE REPORT DEADLINE
– CASE NO. 2:18-CV-02340-JAM-AC

FPDOCS 35209555.1

[~~PROPOSED~~] ORDER 

Good cause appearing, the Court orders that:

(1) The parties shall file a fu4rther joint status report, not later than April 29, 2019. If Plaintiff has filed a motion for preliminary approval of settlement by such date, no report will be necessary.

IT IS SO ORDERED.

Date: 4·1·2019

United States District Judge