| | |
|---|---|
| 1 | COLLIN D. COOK, SBN 251606 |
| | E-mail ccook@fisherphillips.com |
| 2 | CHRISTOPHER M. AHEARN, SBN 239089 |
| | E-mail cahearn@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
| | 2050 Main Street, Suite 1000 |
| 4 | Irvine, California 92614 |
| | Telephone: (949) 851-2424 |
| 5 | Facsimile: (949) 851-0152 |

Attorneys for Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.

ROMAN OTKUPMAN, SBN 249423
E-mail roman@olfla.com
MEGHAN MAERTZ, SBN 276976
E-mail meghan@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Dr., Suite 203
Agoura Hills, California 91301
Telephone: (818) 293-5623
Facsimile: (818) 850-1310

Attorneys for Plaintiff HERTA GUADALUPE KUHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA GUADALUPE KUHN, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC., a Delaware Corporation, PRIME FLIGHT AVIATION SERVICES, INC., a Ohio Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:18-cv-02340-JAM-AC<br><br>**JOINT FURTHER REPORT REGARDING SETTLEMENT AND STIPULATION TO CONTINUE REPORT DEADLINE; ORDER**<br><br>[Originally California Superior Court (Sacramento) Case No. 34-2018-00235596] |

1 | Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC. (hereinafter, "PrimeFlight – DE") and Plaintiff HERTA GUADALUPE KUHN (hereinafter, "Plaintiff") (hereinafter, collectively, the "Parties") hereby stipulate as follows.

WHEREAS, since the last report to the Court, the Parties have exchanged drafts of a settlement agreement and are continuing to negotiate over the final form of the agreement, Plaintiff will file a motion for preliminary approval once the settlement has been formalized in long-form agreement. As such, the parties request a further report deadline by no later than May 10, 2019.

NOW THEREFORE, it is so stipulated, as set forth above.

Dated: April 29, 2019

Respectfully submitted,

FISHER & PHILLIPS LLP

By:  /s/ Christopher M. Ahearn
COLLIN D. COOK
CHRISTOPHER M. AHEARN
Attorneys For Defendant
PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.

Dated: April 29, 2019

Respectfully submitted,

OTKUPMAN LAW FIRM, A LAW CORPORATION

By:  /s/ Roman Otkupman
(as authorized on April 29, 2019)
ROMAN OTKUPMAN
MEGHAN MAERTZ
Attorneys for Plaintiff
HERTA GUADALUPE KUHN

1

JOINT FURTHER REPORT REGARDOMG SETTLEMENT AND STIPULATION TO CONTINUE REPORT DEADLINE
– CASE NO. 2:18-CV-02340-JAM-AC

FPDOCS 35340148.1

**ORDER**

Good cause appearing, the Court orders that:

(1) The parties shall file a further joint status report, not later than May 10, 2019. If Plaintiff has filed a motion for preliminary approval of settlement by such date, no report will be necessary.

IT IS SO ORDERED.

Date: 4/30/2019    /s/ John A. Mendez
United States District Court Judge