1  Roman Otkupman, CSBN 249423
   Roman@OLFLA.com
2  Meghan Maertz, CSBN 276976
   Meghan@OLFLA.com
3  28632 Roadside Dr., Suite 203
   Agoura Hills, CA 91301
4  Telephone: (818) 293-5623
   Facsimile (888) 850-1310



FILED

SEP 2 4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___a/c___
          DEPUTY CLERK

5  Attorneys for Plaintiff,
6  Herta Guadalupe Kuhn, on behalf of herself and all others similarly situated, and on behalf of the
   general public

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12  HERTA GUADALUPE KUHN, on behalf of        Case No. 2:18-CV-02340-JAM-AC
    herself and all others similarly situated, and on
    behalf of the general public,
13                                            [PROPOSED] ORDER PRELIMINARILY
                                              APPROVING CLASS ACTION
14              Plaintiff,                    SETTLEMENT

15  vs.

16  PRIMEFLIGHT AVIATION SERVICES,            Date:   September 24, 2019
    INC., et al., and DOES 1 through 100,     Time:   1:30 p.m.
17  inclusive,                                Ctrm.:  6, 14ᵗʰ Fl.
                                              Hon.    John A. Mendez
18              Defendants.
                                              FILED CONCURRENTLY WITH
19                                            PLAINTIFF'S NOTICE OF UNOPPOSED
                                              MOTION FOR PRELIMINARY
20                                            APPROVAL OF CLASS ACTION
                                              SETTLEMENT AND PROVISIONAL
21                                            CERTIFICATION OF CLASS;
                                              [PROPOSED] ORDER GRANTING
22                                            PRELIMINARY APPROVAL OF CLASS
                                              ACTION SETTLEMENT]

23

24

25

26      The Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff Herta

27  Guadalupe Kuhn ("Plaintiff" or "Kuhn"), came on regularly for hearing in Courtroom 6 of the

28  above captioned court, the Honorable John A. Mendez presiding. All parties appeared through their

1  respective counsel of record. Defendant Primeflight Aviation Services, Inc. ("Defendant" or

2  "Primeflight Aviation Services") does not oppose Plaintiff's Motion.

3  Having received and fully considered Plaintiff's Notice of Motion and Motion, supporting

4  Memorandum of Points and Authorities, Declaration of Roman Otkupman, the Settlement

5  Agreement, the proposed Class Notice, and the arguments of counsel presented to the Court at the

6  hearing of this motion, and for good cause appearing, the Court hereby rules as follows:

7         1.      The Court grants Plaintiff's Motion for Preliminary Approval of Class Action

8  Settlement. The Court finds, on a preliminary basis, that the terms of the settlement appear

9  fair, adequate, and reasonable.

10

11         2.      The Court further grants the request for certification of the following Rule 23

12  Settlement Class for the sole and limited purpose of implementing the terms of the Settlement

13  Agreement, subject to this Court's final approval:

14

15         All persons employed by Defendant as non-exempt, hourly-paid employees in one
or more of Defendant's operations at (a) Oakland International Airport (OAK), (b)

16         Sacramento International Airport (SMF), and/or (c) San Diego International
Airport (SAN), at any time from November 10, 2017 to March 12, 2019.

17         3.      The Court appoints Plaintiff's Counsel, Otkupman Law Firm, as Class Counsel, and

18

19  Plaintiff Herta Guadalupe Kuhn as Class Representative.

20         4.      The Court preliminarily approves the form and content of the Settlement

21  Agreement, attached as **Exhibit A** to the Declaration of Roman Otkupman in Support of Plaintiff's

22  Motion for Preliminary Approval of Class Action Settlement.

23         5.      The Court approves the form and content of the Class Notice attached as **Exhibit 4**

24  to the Settlement Agreement.

25         6.      The Court further approves the selection of Simpluris as the Class Administrator,

26  and the payment of reasonable administration costs to be paid from the Gross Settlement Amount.

27

28  The Class Administrator shall take all other actions in furtherance of obtaining updated and

1 accurate mail address information for Eligible Class Members and giving of notice, determination

2 of Eligible Class Member payment amounts, receiving and processing Class Member opt-outs,

3 objections, and other settlement administration functions, as are specified in the Settlement

4 Agreement.

5      7.     The Court hereby approves the proposed Class Notice and adopts the

6 following dates and deadlines:

7

| ACTION | DEADLINE |
|---|---|
| Preliminary Approval Date | The date when Court enters this Order approving the Joint Stipulation of Class Action Settlement |
| Defendant to provide Class Administrator with Class Data (names, addresses, SSNs, and dates of employment) | Within 14 days after Court issues Preliminary Approval Order |
| Class Administrator to mail Notice Packet to Eligible Class Members | Within 14 days after Defendant's delivery of Class Data to Class Administrator |
| Class Member Objection Deadline | Within 45 days from date Class Administrator mails Notice Packet |
| Opt Out Deadline | Within 45 days from date Class Administrator mails Notice Packet |
| Class Counsel to file motion seeking approval of attorney's fees and costs and Class Representative service payment | Prior to Final Approval Hearing |
| Final Approval Hearing | [_____ Date and Time to be determined by the Court_____]  *March 10, 2020 at 1:30 PM* |
| Final Approval Date | The date on which the Court enters the Order of Final Approval |

23

24      8.     Pursuant to Federal Rule of Civil Procedure 23(e)(5), members of the Settlement

25 Class may object to the terms of the settlement. Settlement Class Members who object to the

26 proposed Settlement, must give written notice to the Class Administrator within the forty-five-

27 day deadline outlined above. A Class Member's failure to make a timely written Class Member

28

Objection, however, shall not be an absolute bar to a Class Member's appearance at the Final

Approval Hearing for the purpose of objecting to the Settlement. Should the Court decide to hear

any such oral objections, the appearing Class Members shall be required to state as such hearing

the reason(s) why they did not comply with this provision, and the Parties shall be given a

reasonable opportunity to respond.

9.     Class Counsel shall file a motion for approval of reasonable attorney's fees,

costs, and litigation expenses and a motion for approval of the service payment for Plaintiff

Herta Guadalupe Kuhn prior to the Final Approval Hearing.

10.     Counsel shall return before this Court for a Final Approval Hearing, at which the

Court shall finally determine whether the settlement is fair, reasonable, and adequate, on

[ March 10, 2020 at 1:30 ~~/date and time to be determined by the Court~~ in Courtroom 6

of this Court.

11.     Class Counsel shall file a motion for final approval of settlement before the Final

Approval Hearing. Any supporting declarations and exhibits must be filed with the motion for

final approval.

**IT IS SO ORDERED.**

Dated: _September 24, 2019_  By: _____

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT