COLLIN D. COOK, SBN 251606
E-mail ccook@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
E-mail cahearn@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC.

ROMAN OTKUPMAN, SBN 249423
E-mail roman@olfla.com
MEGHAN MAERTZ, SBN 276976
E-mail meghan@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Dr., Suite 203
Agoura Hills, California 91301
Telephone: (818) 293-5623
Facsimile: (818) 850-1310

Attorneys for Plaintiff HERTA GUADALUPE KUHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA GUADALUPE KUHN, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS PRIMEFLIGHT OF DE, INC., a Delaware Corporation, PRIME FLIGHT AVIATION SERVICES, INC., an Ohio Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:18-cv-02340-JAM-AC<br><br>**ORDER TO AMEND SETTLEMENT AGREEMENT, NOTICE TO CLASS MEMBERS, AND CLASS ADMINISTRATION SCHEDULE**<br><br>[Originally California Superior Court (Sacramento) Case No. 34-2018-00235596] |

[PROPOSED] ORDER TO AMEND SETTLEMENT AGREEMENT, NOTICE TO CLASS MEMBERS, AND CLASS ADMINISTRATION SCHEDULE
CASE NO. 2:18-CV-02340-JAM-AC

FP 36711208.2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having reviewed the Parties Joint Stipulation to Amend Settlement |
| 3 | Agreement, Notice to Class Members, and Class Administration Schedule, hereby orders: |

1. The Settlement Agreement is deemed amended such that the "Class Period" runs through <u>January 31, 2019</u>;
2. The Class Notice is amended to take the form of the document attached to the stipulation as Exhibit "B," and that the class administration schedule approved by the Court (*see* ECF No. 21, at ¶ 7) should be amended as follows:
   - December 30, 2019 – Initial Mailing to Occur
   - Response Deadline: Thursday, February 13, 2020.
   - Final Approval Hearing: March 10, 2020.

**IT IS SO ORDERED.**

Dated: 12-19-2019

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE